IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:16 po 03

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | **ORDER** |
| | ) | |
| KC TYLER JACKSON, | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

**THIS MATTER** is before the undersigned pursuant to an oral motion made by John Pritchard, Assistant United States Attorney, to dismiss the Bill of Information (#1). It appearing to the Court that good cause has been shown for the granting of the motion and the motion will be allowed.

## ORDER

**IT IS, THEREFORE**, **ORDERED** that the oral motion to dismiss the Bill of Information (#1) in this matter is **ALLOWED** and the case is dismissed without prejudice.

Signed: July 14, 2016

_Dennis L. Howell_
Dennis L. Howell
United States Magistrate Judge

1